

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

v.

**Gerardo Daniel Solano-Esquivel**

Citizen of Mexico

USM#: 73265208          DOB: 1987

# JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 07-10769-001M-SD**

Brenda Acosta Sandoval (AFPD)
Attorney for Defendant

ICE#: A88 361 568

**THE DEFENDANT ENTERED A PLEA OF** guilty on 11/16/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIXTY (60) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $Remitted          **FINE:** $          **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10769-001M-SD**                                                                                   *Page 2 of 2*

*USA vs. Gerardo Daniel Solano-Esquivel*

Date of Imposition of Sentence: **Friday, November 16, 2007**

_____ Date 11/16/2007 _____

JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                                                 Deputy Marshal
07-10769-001M-SD -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**                    **MAGISTRATE JUDGE'S MINUTES**

DATE:  _11/16/2007_          CASE NUMBER:  _07-10769-001M-SD_

**PLEA/SENTENCING MINUTES**
USA vs.  _Gerardo Daniel Solano-Esquivel_

U.S. MAGISTRATE JUDGE: _JAY R. IRWIN_ Judge #: _70BK_
U.S. Attorney _____   INTERPRETER REQ'D __Ricardo Gonzalez_____
                                                  LANGUAGE: _Spanish_____
Attorney for Defendant _Brenda Acosta Sandoval (AFPD)_

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA _11/15/2007_       ☒ Complaint Filed        ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**       ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**            ☒ Held ☐ Cont'd ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____ ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts _TWO_____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) _TWO_____ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE__
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of _60 Days__ ☐ Probation/Supervised Release for _____
☒ Special Assessment $_REMITTED_____ ☐ Fine $_____ ☐ Restitution $_____
Other: _____

RECORDED: __CS__
BY:  Jocelyn M. Arviso, Deputy Clerk

AO 91 (Rev.5/85) Criminal Complaint

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Gerardo Daniel SOLANO-Esquivel
Citizen of Mexico
YOB: 1987
A88 361 568
Visitor

## CRIMINAL COMPLAINT

CASE NUMBER: 07- 10769 MSD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about November 15, 2007, within the Southern District of California, Defendant(s) Gerardo Daniel SOLANO-Esquivel, knowing or in reckless disregard of the fact that certain alien(s), namely, GONZALEZ-Lopez, Alberto; ROBLES-Navarro, Salvador; GUTIERREZ-Velazquez, Juan Pablo, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

### COUNT II

That on or about November 15, 2007, within the Southern District of California, Defendant(s) Gerardo Daniel SOLANO-Esquivel, knowing that alien(s), namely, GONZALEZ-Lopez, Alberto; ROBLES-Navarro, Salvador; GUTIERREZ-Velazquez, Juan Pablo, was/were then in the United States in violation of law and that an offense had been committed against the United States, did receive or assist the offender(s) in order to hinder or prevent his/her/their apprehension; in violation of Title 18, United States Code, Section 3 and Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.     ☒ Yes  ☐ No

_Nicholas Francescutti_
Signature of Complainant
Nicholas Francescutti
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

__November 16, 2007__     at     __Yuma, Arizona__
Date                                      City and State

__Jay R. Irwin, U.S. Magistrate__
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                    Gerardo Daniel SOLANO-Esquivel

Dependents:                   1 Mexican

**IMMIGRATION HISTORY:**      The Defendant is an non-immigrant visitor.

**CRIMINAL HISTORY:**         None Found.

Narrative:    The Defendant, an non-immigrant visitor, was encountered by Yuma Border Patrol agents near Winterhaven, California. The Defendant was driving a White Oldsmobile Station Wagon. Inspection of the vehicle revealed that 3 Mexican nationals, illegally in the United States, were riding therein.

Upon questioning the defendant admitted that he had agreed to transport the 3 Mexican nationals to Yuma, Arizona.

During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**On November 15, 2007, National Guard units working in the Andrade, California area of operations, advised that they had witnessed three people enter into the United States illegally from Mexico, just east of the Andrade, California Port of Entry. Border Patrol Agent J. Reynoso was in the Quechan parking lot, and advised that he had a visual on the area and the individuals running northbound. Agent Reynoso advised over the radio that he had witnessed the individuals load up into a white Oldsmobile Station Wagon with tinted windows.**

**Supervisory Border Patrol Agent Grande gained visual on the vehicle, and performed a traffic stop on the vehicle on Interstate 8 east bound, near the Seminole overpass. After pulling the vehicle over, the driver, later identified as SOLANO-Esquivel, Gerardo Daniel, stepped out of the vehicle and put his hands into the air. Agent Grande established that all three passengers in the White Oldsmobile Station Wagon were citizens of Mexico without immigration documents, and placed them under arrest. SOLANO stated to Agent Grande that he was a citizen of Mexico, and that he had been admitted into the United States through the San Luis, Arizona Port of Entry with his valid Border Crossing Card. SOLANO was then placed under arrest and transported to the Yuma, Arizona Station for processing.**

**At the Yuma Station, SOLANO-Esquivel, Gerardo Daniel stated that the white Oldsmobile Station Wagon was not his, and that a female named Ana gave it to him in the parking lot of Food City in San Luis, Arizona.**

SOLANO then stated that he received a phone call, and was instructed that he would be picking up the illegal aliens in the turn around. He stated that once he picked up the subjects, he would receive another call telling him where in Yuma to take them. He stated that he knew the people in his vehicle were illegal aliens, and that he was doing this because he needed money. He stated that he was to be paid one hundred dollars per person. SOLANO stated that he knew it was against the law to transport illegal aliens.

At the Yuma Station, smuggled alien and material witness, ROBLES-Navarro, Salvador, gave a sworn statement to the processing Border Patrol Agent. ROBLES stated that he had illegally entered into the United States by walking around the river area through Algodones, Sonora, Mexico. He stated that his guide told him to walk to the street, and that there was going to be a white Station Wagon waiting for him to pick them up. ROBLES also stated that the driver of the vehicle told him and the others to hide and stay low. ROBLES claimed that he was going to pay 1700 dollars upon his arrival in Los Angeles, California.

At the Yuma Station, smuggled alien and material witness, GONZALEZ-Lopez, Alberto gave a sworn statement to the processing Border Patrol Agent. GONZALEZ stated that he had crossed illegally into the United States by walking around the fence in Algodones. GONZALEZ stated that his guide sent them to a white car once they had crossed into the United States. GONZALEZ stated that he saw the driver of the vehicle when he got into the car, and that he was able to identify him. At this time, GONZLAEZ was shown six pictures, and was asked to identify the driver. GONZALEZ stated that picture number two was the driver. Picture number two is a picture of SOLANO-Esquivel, Gerardo Daniel. He claimed that he was to pay 2000 dollars to be smuggled.

Charges:    8 USC§1324               (Felony)
                18 USC§3/8 USC 1325   (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____November 16, 2007_____
Date

_____
Signature of Judicial Officer

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, Plaintiff, | ) ) | **AFFIDAVIT** |
| **vs.** | ) | FOR DETENTION OF MATERIAL WITNESSES |
| Gerardo Daniel SOLANO-Esquivel | ) ) ) | GONZALEZ-Lopez, Alberto; ROBLES-Navarro, Salvador |
| | ) ) ) | Citizens of Mexico |
| Defendant(s), | ) ) ) | |

**BEFORE**___Jay R. Irwin_____    325 W. 19th Street Yuma, Arizona 85364
      (U.S. Magistrate)         (Address of U. S. Magistrate)

**STATE OF ARIZONA**      )
                          : ss.
**CITY AND COUNTY OF YUMA**  )

I, Nicholas Francescutti, being duly sworn depose and state:

(1)　That I have signed the complaint in the above entitled case and have investigated it and I am familiar with the facts of the case.

(2)　That on or about November 15, 2007, within the Southern District of California, Defendant(s) Gerardo Daniel SOLANO-Esquivel, knowing or in reckless disregard of the fact that certain alien(s), namely, GONZALEZ-Lopez, Alberto; ROBLES-Navarro, Salvador; GUTIERREZ-Velazquez, Juan Pablo, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

(3)　That on or about November 15, 2007, within the Southern District of California, Defendant(s) Gerardo Daniel SOLANO-Esquivel, did knowingly intentionally aid, abet, assist, counsel, command, and induce certain alien(s), namely, GONZALEZ-Lopez, Alberto; ROBLES-Navarro, Salvador; GUTIERREZ-Velazquez, Juan Pablo, whom are aliens in the United States in violation of law to evade and elude examination and inspection by Immigration Officers of the United States of America; in violation of Title 18, United States Code, Section 3 and Title 8, United States Code, Section 1325 (Misdemeanor).

(4)  That said alien(s) is/are illegally in the United States and that therefore it is wholly impracticable if not impossible to secure his/her/their attendance before the U.S. District Court by subpoena.

(5)  That the United States Attorney for the District of Arizona, or one of his assistants acting on his behalf, has requested affiant(s) to secure an order of the Magistrate to hold said person(s) as material witness(s).

WHEREFORE affiant on behalf of the government requests the Magistrate commit him/her/them to the custody of the U.S. Marshal.


_____
Affiant

Senior Patrol Agent
Title


Subscribed and sworn to before me this
16th day of November, 2007.


_____
United States Magistrate